

February 21, 2020

**Via ECF and FAX**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*The conference is adjourned to March 6, 2020 at 10:00 a.m. So ordered.*

/s/ Alvin K. Hellerstein
2-24-2020

Re: *Gray v. The New York and Presbyterian Hospital et al.*
Civil Action No. 19-cv-01080-AKH

Dear Judge Hellerstein:

This firm represents Plaintiff in the above-referenced matter. I am writing pursuant to Rule 1.D Your Honor's Individual Practice Rules, to request an adjournment of the status conference scheduled for February 28, 2020. I am seeking this adjournment because that date conflicts with a few medical appointments that I have with my daughter. This is the second request to adjourn this status conference. Additionally, Defendants' counsel consent to this request.

As such, Plaintiff respectfully requests that Your Honor issue an Order adjourning the status conference scheduled for February 28, 2020 and rescheduling the conference for a date and time convenient for the Court.

We thank the Court for its time and consideration of this request.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**

/s/ Daniel Altaras
Daniel J. Altaras, Esq.

cc: All Counsel of Record (Via ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2020

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com