# EPSTEIN
# BECKER
# GREEN

Attorneys at Law

Lauri F. Rasnick
t 212.351.4854
f 212.878.8600
LRasnick@ebglaw.com

> *Denied. This case will be the first or, at your option, the last to be called.*
>
> *2-27-2020*
>
> */s/ A.K. Hellerstein*

February 26, 2020

VIA ECF and FAX

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
T: (212) 805-0152
F: (212) 805-7942

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020
```

Re: Gray v. The New York and Presbyterian Hospital et al, 19-cv-01080 (AKH)

Dear Judge Hellerstein:

This firm represents Defendants in the above referenced matter. I write pursuant to Rule 1(D) of the Court's Individual Rules of Practice to request that the status conference currently scheduled for 10:00 a.m. on March 6, 2020 be adjourned until after 12:00 p.m. that day or on a different day. I am requesting this adjournment as I am scheduled to speak at a bar association program on the morning of March 6. This is the third request to adjourn this status conference. Plaintiff's counsel consents to this request.

Please also be advised that I am unavailable for a rescheduled conference on Friday March 13 and Friday March 20, and the parties' mediation is scheduled for Friday March 27.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Lauri F. Rasnick*
Lauri F. Rasnick